IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                   )<br>)<br>BRANDIE MARIE BOONE and  )<br>TORY DREMAINE BOONE        ) | CASE NO. 2:24-cr-00062-MHT<br>(WO) |

## FINAL ORDER OF FORFEITURE

Before the court is the government's motion for a final order of forfeiture (Doc. 116) filed on October 6, 2025.

On October 11, 2024, this court entered a preliminary order of forfeiture (Doc. 46) ordering defendant Brandie Marie Boone to forfeit her interest $5,500.00 in United States currency. On December 20, 2024, this court entered a preliminary order of forfeiture (Doc. 64) ordering defendant Tory Dremaine Boone to forfeit his interest $5,500.00 in United States currency.

Notice of this forfeiture, and of the government's intent to dispose of the property in accordance with the law as specified in the preliminary order of forfeiture, and further notifying all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property, was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. *See* Declaration of Publication (Doc. 115).

The court finds that the defendants have an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 641.

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture (Doc. 116) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): **$5,500.00 in United States currency.**

2. All right and title to, and interest in, the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DONE, this the 8th day of October, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE